COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:  Camilla Hrdy, Catherine Hrdy, Nicholas Hrdy, Wirt Blaffer, Katherine Taylor and Christie Taylor, Individually and Derivatively on behalf of Freeport Waterfront Properties, L.P. v. Second Street Properties LLC

Appellate case number:  01-19-00194-CV

Trial court case number:  2017-07497

Trial court:  189th District Court of Harris County

The record in this case was originally due on April 30, 2019. The clerk's record was filed on May 20, 2019, but a complete reporter's record has not been filed. Because the underlying case was transferred from Dallas County to Harris County, there are two court reporters in this appeal—Diane Robert of the 14th Judicial District in Dallas County and Amanda King of the 189th District Court in Harris County. Robert filed her portion of the reporter's record on June 3, 2019, which consists of several hearings. Most of the reporter's record, however, remains outstanding because King has not filed her portion consisting of the two-week trial that took place in Harris County.

Previously, on May 3, 2019, King filed a 60-day request for an extension of time, which our Court granted in part and denied in part, giving her until June 3, 2019 to file the reporter's record. On June 25, 2019, after the extended deadline passed, King requested another extension of time to July 30, 2019. Our Court granted the extension request with no further extensions absent extraordinary circumstances. After King again failed to file her portion of the reporter's record, our Court issued an order on August 28, 2019 ordering King to file her portion of the reporter's record by September 27, 2019. King did not respond and, to date, her portion of the reporter's record has not been filed.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* TEX. R. APP. P. 35.3(c). Accordingly, we abate the appeal and remand to the trial court to hold a hearing at which Amanda King, counsel for appellants, and counsel for appellee shall be present. At the hearing, the trial court shall:

(1) determine the reason King has failed to timely file her portion of the reporter's record;

(2) establish a date certain when King's portion of the reporter's record will be filed, in no event more than **20 days** from the date of the hearing;

(3) make findings of fact and conclusions of law as to whether King should be held in contempt of court for failing to file, or to make arrangements for another reporter to file, the reporter's record timely as ordered;

(4) make any other findings and recommendations the trial court deems appropriate; and

(5) issue written findings of fact, conclusions of law, and recommendations as to these issues, separate and apart from any docket sheet notations.

*See* TEX. R. APP. P. 34.6(f).

The court coordinator of the trial court shall set a hearing date no later than **30 days** from the date of this order and notify the parties and the Clerk of this Court of such date. The trial court shall have a court reporter record the hearing and file the reporter's record with the Clerk of this Court no later than **30 days** from the date of the hearing. The trial court clerk is directed to file a supplemental clerk's record containing the trial court's findings and conclusions, if any, with this Court **within 30 days of the date of the hearing**. If the court reporter files the requested reporter's record **within 10 days** of the date of this Order, this Court may consider withdrawing this Order.

This appeal is abated, treated as a closed case, and removed from this Court's active docket. This appeal will be reinstated on this Court's active docket when the supplemental clerk's record, the reporter's record, and supplemental reporter's record, if any, that comply with this Order, are filed in this Court.

It is so ORDERED.

Judge's signature: __/s/ Gordon Goodman_____
                                         Acting individually

Date:  __October 10, 2019____